**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BERNARDO CASTANEDA, | ) NO. CV 10-8557-GHK (MAN) |
| Petitioner, | ) |
| v. | ) ORDER ACCEPTING FINDINGS AND |
| FRANCISCO QUINTANA, | ) RECOMMENDATIONS OF UNITED |
| Respondent. | ) STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). Petitioner has not filed any written Objections to the Report. The Court accepts the findings and recommendations of the Magistrate Judge set forth in the Report.

IT IS ORDERED that Judgment shall be entered dismissing this action for lack of jurisdiction.

///

///

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order and the Judgment herein on Petitioner.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 6/2/11 .

GEORGE H. KING
UNITED STATES DISTRICT JUDGE