**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BERNARDO CASTANEDA, | ) NO. CV 10-8557-GHK (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| FRANCISCO QUINTANA, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed for lack of jurisdiction.

DATED: 6/2/11 .

GEORGE H. KING
UNITED STATES DISTRICT JUDGE